Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO PEREZ, | Case No. |
| Plaintiff, | 5:23-cv-00089-GW-SHK |
| vs. | |
| AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., AND DOES 1-10, inclusive, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party shall bear their own costs and attorney fees.

///

Stipulation to Dismiss- 1

Respectfully submitted this 11th Day of September, 2023,

Law Offices of Todd M. Friedman P.C

By: _s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

SESSIONS, ISRAEL & SHARTLE, L.L.P.
/s/ Kenneth A. Ohashi
Kenneth A. Ohashi
Attorney for Defendant
American Medical Response
Ambulance Service, Inc.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 11, 2023

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on September 11, 2023 with:

United States District Court CM/ECF system

Notification sent electronically on September 11, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

                                                s/ Adrian R. Bacon Esq
                                                  Adrian R. Bacon