JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO PEREZ,<br>Plaintiff,<br>vs.<br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., AND DOES 1-10, inclusive,<br>Defendants. | Case No. EDCV 23-0089-GW-SHKx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: September 11, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE